**Miscellaneous Order No. DC-18-0010-D**
Court of Appeals No. 05-17-01080-CV
District Court No. DF-00-14691

RECEIVED
IN SUPREME COURT
OF TEXAS

DEC 0 5 REC'D

BLAKE HAWTHORNE, Clerk
BY_____Deputy

| | | |
|---|---|---|
| IN RE: | § | IN THE DISTRICT COURT |
| | § | |
| TRACY NIXON, | § | DALLAS COUNTY, TEXAS |
| | § | |
| A VEXATIOUS LITIGANT. | § | 95TH JUDICIAL DISTRICT |

## ORDER

Before the Court is the request of Tracy Nixon, a vexatious litigant, for permission to seek review by the Supreme Court of Texas of reviewable actions of the Court of Appeals for the Fifth District of Texas at Dallas.

An individual declared a vexatious litigant pursuant to Tex. Civ. Prac. & Rem. Code § 11.101(a) may be required to obtain permission from the appropriate local administrative judge before filing, pro se, "new litigation in a court to which the [prefiling] order applies. . . ." *Id.*, § 11.102(a).

Having considered the facts and the law, and having reviewed in detail the filings in the actions at issue, it is the Court's opinion that Nixon's request should be GRANTED. Accordingly, Tracy Nixon is hereby granted permission to seek review by the Supreme Court of Texas of actions of the Fifth District Court of Appeals at Dallas in No. 05-17-01080-CV, which case originated in the Family District Court in Cause No. DF-00-14691.

**ORDER - Page 1**

**IT IS SO ORDERED.**

Signed this __24th__ day of November, 2018.

_____
KEN MOLBERG
Judge, 95TH District Court
Local Administrative District Judge,
Dallas County, Texas

ORDER - Page 2

Order entered October 30, 2018



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01080-CV

### TRACY NIXON, Appellant

### V.

### THE ATTORNEY GENERAL OF THE STATE OF TEXAS, Appellee

On Appeal from the 301st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-00-14691

## ORDER
### Before the Court En Banc

Before the Court is appellant's October 17, 2018 motion for rehearing en banc.

Appellant's motion is **DENIED**.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE

THE SUPREME COURT OF TEXAS

tracy nixon , petitioner

NO._____

vs,

the attorney general of the state
of texas, respondent

kimberlyn rhynes

,respondent

texas comptroller of public account,      respondent

texas house of representitives , respondent

petitioners motion to extend time to
extend time to file petition for review

a. introauction

1. PETITIONER IS TRACY NIXON RESPONDENT IS THE ATTORNEY GENERAL
OF THE STATE OF TEXAS, KIMBERLYN RHYNES, RESPONDENT

TEXAS COMPTROLLER OF PUBLIC ACCOUNT , RESPONDENT

TEXAS HOUSE OF REPRESENTITIVES , RESPONDENT.

2. THIS MOTION IS FILED WITHIN THE 15- DAY PERIOD TO FILE A

MOTION TO EXTEND TIME TO FILE A PETITION FOR REVIEW,

AS REQUIRED BY TEXAS RULE OF CIVIL PROCEDURE 53.7(f).

3. THE PARTIES HAVE NOT AGREED TO THIS MOTION.
THE PETITIONER WAS NOT ABLE TO CONTACT THE RESPONDENTS BEFORE

FILING THIS . .. MOTION BECAUSE OF THE EMERGENCY TO FILE
THIS MOTION TO EXTEND TIME TO FILE PETITION FOR REVIEW.

b. aurgument and au thorities

4. THE COURT HAS THE AUTHORITY UNDER RULE 53.7(f) TO GRANT
PETITIONER ADDITIONAL TIME TO FILE HIS PETITION FOR REVIEW.

5.THE COURT OF APPEALS ISSUED ITS JUDGMENT

ON October 30, 2018 IN NO 05-17-0108-CV

SITTING EN BANC DENYING THE APPELLANTS MOTION FOR REHEARING

EN BANC. ISSUED BY CHIEF CAROLYN WRIGHT.

PAGE 2. EXTEN

6. PETITIONERS MOTION FOR REHEARING WAS DENIED ON 10/30 ,2018

7. PETITIONER REQUEST ADDITIONAL TIME OF 45 DAYS TO FILE A

PETITION FOR REVIEW.

8. PETITIONER NEEDS ADDITIONAL TIME TO FILE PETITION FOR REVIEW

BECAUSE THE PETITIONER IS FINANCIALLY UNABLE TO PAY THE FILING

FEE. AND COST FOR A SUPERSEADEAS BOND.

9. THE PETITIONER IS AWAITING APPROVAL FROM LOCAL ADMINIS-

TRATIVE JUDICIAL COURT JUDGE KEN MOLBERG . BECAUSE PETITIONER

WAS DECLARED A VEXATIOUS LITIGANT BY THE TRIAL COURT HERE ON

PETITION FOR REVIEW.

RESPECTFULLY SUBMITTED

TRACY NIXON PRO SE

4415 S. MALCOLM XBLVD

DALLAS TEXAS 75215

469-685-2850

PAGE 3. EXTEN

NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA
NCP Name: *TRACY NIXON*
CP Name: *KIMBERLYN RHYNES*
OAG Number: 4605166462

CAUSE NUMBER DF1601234

*TRACY NIXON*  §  IN THE *301ST DISTRICT COURT*
 §
 §
 §  OF
v.  §
 §
KIMBERLYN RHYNES & the OFFICE OF THE  *DALLAS* COUNTY, TEXAS
ATTORNEY GENERAL.  §
 §

## ORDER DECLARING TRACY NIXON AS A VEXATIOUS LITIGANT AND PRE-FILING ORDER

Came to be heard Defendant's Motion to Declare Tracy Nixon a Vexatious Litigant, and the Court first declares Mr. Tracy Nixon to be a vexatious litigant pursuant to the procedures set forth in Texas Rules of Civil Procedure § 11, is of the opinion that the following order shall issue:

It is ORDERED that Mr. Tracy Nixon is hereby prohibited from filing, *in propria persona*, any new litigation in a court of this State without first obtaining permission from a local administrative judge pursuant to CPRC § 11.102. If Mr. Tracy Nixon does file new litigation in violation of this order, that suit will be subject to dismissal and Mr. Tracy Nixon will be subject to sanctions as proscribed by Texas Civil Practice and Remedies Code § 11.101(b).

Because Mr. Nixon clearly fits the statutory definition of a vexatious litigant, he is required to furnish security for the benefit of the moving defendant and the Court will dismiss this suit if he does not furnish the security within the time set by the order. CPRC § 11.055-56.

In the underlying case, Mr. Nixon is ordered to furnish a $300.00 security for the benefit of the moving defendant which will be deposited into the Dallas County Trust Registry:

2